[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-15511
Non-Argument Calendar
_____

D.C. Docket No. 5:07-cr-00371-AKK-JHE-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PATRICK JOSEPH VITARIUS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama
_____

(September 18, 2015)

Before JORDAN, JULIE CARNES and JILL PRYOR, Circuit Judges.

PER CURIAM:

W. Scott Brower, appointed counsel for Patrick Joseph Vitarius, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent review of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Vitarius's revocation of release and sentence are **AFFIRMED**.